1  SANDRA R. BROWN
2  Acting United States Attorney
   DOROTHY A. SCHOUTEN
3  Assistant United States Attorney
4  Chief, Civil Division
   ROBYN-MARIE LYON MONTELEONE
5  Assistant United States Attorney
6  Chief, General Civil Section
   HENRY L. CHI, CSBN 265009
7  Special Assistant United States Attorney
8        Social Security Administration
         Office of the General Counsel, Region IX
9        160 Spear Street, Suite 800
10       San Francisco, CA 94105
         Telephone: 415-977-8953
11       Facsimile: 415-744-0134
12       E-Mail: henry.chi@ssa.gov
13 Attorneys for Defendant
   NANCY A. BERRYHILL
14

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MELISSA BARRON, | ) Case No: 2:16-cv-08465-AG-AS |
| | ) |
| Plaintiff | ) |
| v. | ) [~~PROPOSED~~] |
| | ) **JUDGMENT OF REMAND** |
| NANCY A. BERRYHILL[1], Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

1  The Court having approved the parties' Stipulation to Voluntary Remand
2  Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment
3  ("Stipulation to Remand") lodged concurrent with the lodging of the within
4  Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**
5  **DECREED** that the above-captioned action is remanded to the Commissioner of
6  Social Security for further proceedings consistent with the Stipulation to Remand.

8  DATED: March 20, 2017                    / s /
9                                            HON. ALKA SAGAR
                                             UNITED STATES MAGISTRATE JUDGE